UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE DANIEL CASTILLO-ANTONIO,

       Plaintiff,

  v.

SARA IQBAL, et al.,

       Defendants.

Case No. 14-cv-03316-WHO

**AMENDED SCHEDULING ORDER**

In light of the Order Granting Motion for Leave to Amend Complaint issued in conjunction with this order, the case schedule is amended as follows:

| Date | Event |
| --- | --- |
| 12/05/2014 | First Amended Complaint filed |
| 02/05/2015 | Last day for plaintiff to complete service on defendants or file motion for administrative relief from deadline |
| 7 days before joint site inspection | Last day for parties to complete initial disclosures, including defendant's disclosure re: construction or alteration history of subject premises |
| 04/05/2015 | Last day for parties and counsel to hold joint inspection of premises, with or without meet-and-confer regarding settlement |
| 28 business days after joint site inspection | Last day for parties to meet and confer in person to discuss settlement |
| 42 days after joint site inspection | Last day for plaintiff to file "Notice of Need for Mediation" |
| 7 calendar days after mediation | Last day for plaintiff to file Motion for Administrative Relief Requesting Case Management Conference |

**IT IS SO ORDERED**.

Dated: December 2, 2014



WILLIAM H. ORRICK
United States District Judge