RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jose Daniel Castillo-Antonio,

   Plaintiff,

Vs.

Sara Iqbal et al.,

   Defendants.

Case Number C-14-3316 KAW

STIPULATION OF CONTINUANCE OF HEARING AND (Proposed) ORDER

Plaintiff Jose Daniel Castillo-Antonio, and defendants Wassem Iqbal, Sara Iqbal, Bushra Begum aka Bushra Begum Iqbal, and Sadia Ghani Iqbal, by and through their respective attorneys of record, hereby stipulate as follows:

1. On February 4, 2016, Magistrate Judge Kadis A. Westmore scheduled a Case Management Conference for March 1, 2016 at 1:30 pm., with Case Management Statement due by February 23, 2016.

2. Attorney Richard A. Mac Bride already has a trial scheduled for March 1, 2016 at 1:15 pm in Contra Costa County Superior Court (Y.G. Marylou Cooper, LLC v Stokes, Case No. RS15-1279);

3. Accordingly, the Parties jointly request that the Court continue the hearing, presently set for March 1, 2016 at 1:30 pm, to March 15, 2016 at 1:30 pm.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Jose Daniel Castillo-Antonio

Law Offices of Matthew M. Oliveri – By: Matthew M. Oliveri, Esq. /s/ Matthew M. Oliveri

Attorney for Defendants Sara Iqbal, Wassem Iqbal, Bushra Begum aka Bushra Begum Iqbal, and Sadia Ghani Iqbal

STIPULATION AND ORDER – 14-3316

[~~PROPOSED~~] ORDER

Having considered the parties' Stipulation of Continuance, and for good cause appearing, it is hereby ORDERED:

1. That the Case Management hearing on the action entitled Jose Daniel Castillo-Antonio v. Sara Iqbal et al., Case No. C-14-3316, presently set in this Court for March 1, 2016 at 1:30 pm, is continued to March 15, 2016 at 1:30 pm.

Date: 2/17/16

*Kandis Westmore*

Kandis A. Westmore

United States Magistrate Judge

STIPULATION AND ORDER – 14-3316

-2-