United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO, <br> Plaintiff, <br> v. <br> SARA IQBAL, et al., <br> Defendants. | Case No. 14-cv-03316-KAW <br><br> **ORDER REGARDING LETTER FROM PLAINTIFF'S COUNSEL** <br> Re: Dkt. No. 40 |

On June 3, 2016, Plaintiff's counsel filed a letter outlining several issues that have arisen in this case. He describes discovery disputes, seeks extensions of pre-trial deadlines, asks that a hearing be set, and states that a settlement conference was never scheduled as discussed during the case management conference held on March 15, 2016. The Court orders the following.

The parties shall meet and confer regarding any outstanding discovery issues. In light of how the disputes are described in Plaintiff's counsel's letter, the parties are expected to resolve their disputes without further judicial intervention. This will likely require the parties to adopt the Northern District's Stipulated Protective Order for Standard Litigation, available at http://www.cand.uscourts.gov/model-protective-orders. If the parties are unable to resolve their disputes, they shall file a joint discovery letter brief that complies with the Court's General Standing Order, available at http://www.cand.uscourts.gov/kaworders.

To the extent Plaintiff seeks an extension of pre-trial deadlines, he shall file a properly-noticed motion. Given that this matter has been referred to a magistrate judge for the purposes of conducting a mandatory settlement conference within the next 45 days, Dkt. No. 41, Plaintiff shall defer filing such a motion until after the settlement conference is completed.

If the case is not resolved at the settlement conference, Plaintiff may request a further case

1  management conference by filing a motion for administrative relief pursuant to Civil Local Rule
2  7-11.
3      IT IS SO ORDERED.
4  Dated: 06/10/16

_____
KANDIS A. WESTMORE
United States Magistrate Judge