UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOSE DANIEL CASTILLO-ANTONIO, | Case No. 14-cv-03316-KAW |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| SARA IQBAL, et al., | Re: Dkt. No. 90 |
| Defendants. | |

On November 4, 2016, Defendants filed their opposition to Plaintiff's motion for summary judgment. (Dkt. No. 88.) In contravention of Civil Local Rule 5-1 and this Court's Standing Order, Defendants failed to provide a chambers copy of their filing. On November 18, 2016, the Court issued an order requiring a chambers copy to be delivered to the Court by November 21, 2016.[1] (Dkt. No. 90.) Defendants again failed to comply.

Accordingly, Defendants' counsel is ordered to provide a chambers copy and to show cause, by **November 30, 2016**, why they should not be sanctioned for failure to comply with the Court's November 18, 2016 order under the Court's inherent authority. *See Network Caching Tech., LLC v. Novell, Inc.*, No. C-01-2079 VRW, 2003 WL 21699799, at *3 (N.D. Cal. Mar. 21, 2003) ("there is no question the court may, again under its inherent authority, sanction failure to comply with court orders ").

///

///

---

[1] The opposition is 47 pages with exhibits. It is not the Court's job to search through the docket to find and print documents that counsel has failed to provide to the Court. The chambers copy requirement exists for a reason.

1   Accordingly, the hearing on the motion for summary judgment is continued to December 15,
2   2016.
3   IT IS SO ORDERED.
4   Dated: November 23, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge