UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO,<br>  Plaintiff,<br>  v.<br>SARA IQBAL, et al.,<br>  Defendants. | Case No. 14-cv-03316-KAW<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 98 |

On February 1, 2017, Plaintiff Jose Daniel Castillo-Antonio filed a motion for attorney's fees and costs. (Dkt. No. 98.) Defendants' response was due by February 15, 2017. As of the filing of this order, Defendants have not filed an opposition. Therefore, Defendants are ordered, on or before **February 23, 2017**, to 1) file an opposition or statement of non-opposition to Plaintiff's motion for attorney's fees and costs, and 2) respond to this order to show cause by explaining why they did not file a timely opposition. Failure to complete both tasks by February 23, 2017 may result in the Court granting Plaintiff's motion pursuant to Paragraph 22 of this Court's Standing Order, which states that "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." Plaintiff's reply deadline is continued to seven days after Defendants file their opposition.

IT IS SO ORDERED.

Dated: February 16, 2017

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge